# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br>                    Plaintiffs, <br><br> vs. <br><br> BIG TOWN MECHANICAL, LLC, *et al.*, <br><br>                    Defendants. | 2:12-cv-02072-LRH-VCF <br><br> **MINUTE ORDER** |

Before the Court is Plaintiff's Request for Clarification re October 7, 2013 Settlement Conference (#30). Plaintiff requests whether the mandatory settlement conference set for October 7, 2013 is still proceeding as they have a pending unopposed motion for summary judgment that will resolve the entire dispute if granted.

The Court finds that Plaintiff has given sufficient reason to vacate the settlement conference.

IT IS HEREBY ORDERED that the settlement conference scheduled for October 7, 2013 is VACATED.

DATED this 30th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE