✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

| | |
|---|---|
| Travelers Casualty and Surety Company of America, <br><br>                Plaintiff, <br><br> V. <br><br> Big Town Mechanical, LLC, et al., <br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> Case Number: 2:12-cv-02072-APG-VCF |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Judgment for Attorney Fees and Costs is entered in favor of Plaintiff Travelers Casualty and Surety Company of America and against Defendants Big Town Service, LLC, Big Town Mechanical Corp., Liberty Duct, LLC, James A. Barton individually and as trustee of the J&H Barton Family Trust Dated March 8, 2000, Kenneth McNulty individually and as trustee for the McNulty Family Trust Dated February 8, 2006, Jamie McNulty individually and as trustee of the McNulty Family Trust Dated February 8, 2006, the J&H Barton Family Trust Dated March 8, 2000, and the McNulty Family Trust Dated February 8, 2006 in the amount of $118,234.10 (attorney's fees - $112,737.00 + costs - $5,497.10) against each of the Defendants, jointly and severally.

| | |
|---|---|
| December 2, 2013 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Ari Caytuero |
| | (By) Deputy Clerk |